**Exhibit A**

|   | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Debtor Name** | **Claimant** | **Payment #** | **Payment Date** | **Clear Date** | **Payment Amount** | **Invoice #** | **Invoice Date** | **Invoice Amount** | **Amount Paid** |
| 2 | ST SHARED SERVICES LLC | FIRST OBJECT INC | 2000038507 | 9/23/2020 | 9/25/2020 | $ 57,200.00 | 24941 | 8/3/2020 | $ 19,360.00 | $ 19,360.00 |
| 3 | ST SHARED SERVICES LLC | FIRST OBJECT INC | 2000038507 | 9/23/2020 | 9/25/2020 | $ 57,200.00 | 24909 | 7/6/2020 | $ 19,360.00 | $ 19,360.00 |
| 4 | ST SHARED SERVICES LLC | FIRST OBJECT INC | 2000038507 | 9/23/2020 | 9/25/2020 | $ 57,200.00 | 24971 | 9/17/2020 | $ 18,480.00 | $ 18,480.00 |
| 5 | ST SHARED SERVICES LLC | FIRST OBJECT INC | 2000036267 | 7/28/2020 | 7/29/2020 | $ 17,600.00 | 24866 | 6/2/2020 | $ 17,600.00 | $ 17,600.00 |
| 6 | ST SHARED SERVICES LLC | FIRST OBJECT INC | N/A | 7/15/2020 | N/A | $ 19,360.00 | N/A | N/A | N/A | $ 19,360.00 |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | $ 94,160.00 |