# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, *et al*.,[1]<br><br>     Reorganized Debtors. | Chapter 11<br><br>Case No. 20-12522 (JTD)<br>(Jointly Administered) |
| Heather L. Barlow as Trustee of the MALLINCKRODT GENERAL UNSECURED CLAIMS TRUST,<br><br>     Plaintiff,<br><br>     v.<br><br>FIRST OBJECT INC.,<br><br>     Defendant. | Adv. Proc. No. 22-50426 (JTD) |

## PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

The Mallinckrodt General Unsecured Claims Trust, through its trustee Heather L. Barlow ("Plaintiff" or the "Mallinckrodt GUC Trust"), the successor in interest to Mallinckrodt PLC (the "Debtor" or "Mallinckrodt"), by and through its undersigned counsel, hereby requests that a default be entered against defendant First Object Inc. ("Defendant"), in the above-captioned adversary proceeding based on the details of the *Declaration of Counsel in Support of Plaintiff's Request for Entry of Default* (the "Declaration") filed concurrently herewith, and the *Complaint for Avoidance and Recovery of Preferential Transfers and Objection to Claims,* with accompanying *Summons and Notice of Pretrial Conference in an Adversary Proceeding* and

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

*Certificate of Service*, attached to the Declaration as Exhibit 1. A form of *Entry of Default* is attached hereto as **Exhibit A**. Plaintiff's Request for Entry of Default Judgment is being filed concurrently herewith.

| | |
|---|---|
| Dated: November 23, 2022 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ James E. O'Neill* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | James E. O'Neill (DE Bar No. 4042) |
| | Jason S. Pomerantz (CA Bar No. 157216) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, DE 19899-8705 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| | joneill@pszjlaw.com |
| | jspomerantz@pszjlaw.com |
| | |
| | *Counsel to Plaintiff, Heather L. Barlow as Trustee of the Mallinckrodt General Unsecured Claims Trust* |