# **Exhibit A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, *et al.*,[1]<br><br>                Reorganized Debtors. | Chapter 11<br><br>Case No. 20-12522 (JTD)<br>(Jointly Administered) |
| Heather L. Barlow as Trustee of the MALLINCKRODT GENERAL UNSECURED CLAIMS TRUST,<br><br>                Plaintiff,<br><br>                v.<br><br>FIRST OBJECT INC.,<br><br>                Defendant. | Adv. Proc. No. 22-50426 (JTD) |

## **ENTRY OF DEFAULT**

It appears from the record that the Defendant First Object Inc. failed to plead or otherwise defend in this case as required by law.

Therefore, default is entered against the Defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

Date: _____, 2022

*/s/ Una O'Boyle*_____
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.