IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, *et al.*,[1]<br><br>          Reorganized Debtors. | Chapter 11<br><br>Case No. 20-12522 (JTD)<br>(Jointly Administered) |
| Heather L. Barlow as Trustee of the MALLINCKRODT GENERAL UNSECURED CLAIMS TRUST,<br><br>          Plaintiff,<br><br>          v.<br><br>FIRST OBJECT INC.,<br><br>          Defendant. | Adv. Proc. No. 22-50426 (JTD) |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT JUDGMENT**

The Mallinckrodt General Unsecured Claims Trust, through its trustee Heather L. Barlow ("Plaintiff" or the "Mallinckrodt GUC Trust"), the successor in interest to Mallinckrodt PLC (the "Debtor" or "Mallinckrodt"), has requested entry of default against the defendant, First Object Inc. (the "Defendant") in the above-captioned adversary proceeding.

Plaintiff requests that a default judgment in the amount of $94,160.00 plus $350.00 in Court costs be entered based on (a) the *Entry of Default* against Defendant, (b) the details of the *Declaration of Counsel in Support of (I) Plaintiff's Request for Entry of Default and (II) Plaintiff's Request for Entry of Default Judgment* (the "Declaration"), filed concurrently

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

herewith, and (c) the *Complaint for Avoidance and Recovery of Preferential Transfers and Objection to Claims*, with the accompanying Summons and Certificate of Service, attached to the Declaration as Exhibit 1. A form of *Entry of Default Judgment* is attached hereto as **Exhibit A**.

| | |
|---|---|
| Dated: November 23, 2022 | PACHULSKI STANG ZIEHL & JONES LLP |

*/s/ James E. O'Neill*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Jason S. Pomerantz (CA Bar No. 157216)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@pszjlaw.com
           joneill@pszjlaw.com
           jspomerantz@pszjlaw.com

*Counsel to Plaintiff, Heather L. Barlow as Trustee of the Mallinckrodt General Unsecured Claims Trust*