# **Exhibit A**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, *et al.*,[1]<br><br>    Reorganized Debtors. | Chapter 11<br><br>Case No. 20-12522 (JTD)<br>(Jointly Administered) |
| Heather L. Barlow as Trustee of the MALLINCKRODT GENERAL UNSECURED CLAIMS TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>FIRST OBJECT INC.,<br><br>    Defendant. | Adv. Proc. No. 22-50426 (JTD) |

### JUDGMENT BY DEFAULT

Default has been entered against defendant First Object Inc. Plaintiff has requested entry of judgment and has filed a declaration of the amount due, which declaration states that this defendant is not in military service. Furthermore, it appears from the record that this defendant is not an infant or incompetent person. Therefore, pursuant to Fed. R. Civ. P. 55(b)(1), as incorporated by Fed. R. Bankr. P. 7055, judgment is entered against this defendant in favor of the plaintiff in the amount of $94,160.00 plus $350.00 in Court costs.

Dated: _____, 2022    */s/ Una O'Boyle*_____
                                    Clerk of the Bankruptcy Court

                                    By: _____
                                        Deputy Clerk

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.