# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, *et al.*,[1]<br><br>           Reorganized Debtors. | Chapter 11<br><br>Case No. 20-12522 (JTD)<br>(Jointly Administered) |
| Heather L. Barlow as Trustee of the<br>MALLINCKRODT GENERAL<br>UNSECURED CLAIMS TRUST,<br><br>           Plaintiff,<br><br>           v.<br><br>FIRST OBJECT INC.,<br><br>           Defendant. | Adv. Proc. No. 22-50426 (JTD) |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 23rd day of November, 2022, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**Plaintiff's Request for Entry of Default Judgment (with Exhibit A)**

                                              */s/ James E. O'Neill*
                                              James E. O'Neill (DE Bar No. 4042)

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

Mallinckrodt plc, *et al*. – Adversary Service List (First Object Inc.)
Adv. Case No. 22-50426 (JTD)
Doc. No. 241383
02 – First Class Mail

**First Class Mail**
First Object Inc.
Attn: Suneel Kataham, Officer
1320 Greenway Drive, Ste#855
Irving, TX  75038

**First Class Mail**
Venkata Rao Yarlagadda, R/A for First Object Inc.
1750 North Collins Blvd., Suite 216
Richardson, TX  75080