# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
Mallinckrodt plc
    Debtor

Bankruptcy Case No.: 20–12522–JTD

Bankruptcy Chapter: 11

_____

Heather L. Barlow

    Plaintiff

Adv. Proc. No.: 22–50426–JTD

    vs.

First Object Inc.

    Defendant(s)

## ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

> Defendant's Name: First Object Inc.

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

_____
Una O'Boyle, Clerk of Court

Date: 11/28/22

By: /s/ Sherry J. Stiles, Deputy Clerk

(VAN–431)