# Notice Recipients

District/Off: 0311−1      User: admin      Date Created: 11/28/2022
Case: 22−50426−JTD      Form ID: van431      Total: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
dft      First Object Inc.
     TOTAL: 1

**Recipients of Notice of Electronic Filing:**
aty      James E O'Neill      joneill@pszjlaw.com
aty      Jason S. Pomerantz      jspomerantz@pszjlaw.com
aty      Laura Davis Jones      ljones@pszjlaw.com
     TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust      U.S. Trustee      Office of the United States Trustee      J. Caleb Boggs Federal Building      844 King Street, Suite 2207      Lockbox 35      Wilmington, DE 19801
ust      U.S. Trustee      Office of United States Trustee      J. Caleb Boggs Federal Building      844 King Street, Suite 2207      Lockbox 35      Wilmington, DE 19899−0035
     TOTAL: 2