# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Mallinckrodt plc<br>    Debtor | Bankruptcy Case No.: 20–12522–JTD<br><br>Bankruptcy Chapter: 11 |
| Heather L. Barlow<br><br>    Plaintiff<br><br>vs.<br><br>First Object Inc.<br><br>    Defendant(s) | Adv. Proc. No.: 22–50426–JTD |

## JUDGMENT BY DEFAULT

    On 11/28/22, default was entered against defendant(s) First Object Inc. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

    Judgment is entered against defendant(s) First Object Inc. in the amount of $94,160.00 plus court filing costs in the amount of $350.00.

Date: 11/29/22

                                                                                Una O'Boyle, Clerk of Court

(VAN–433b)