# Notice Recipients

District/Off: 0311−1     User: admin     Date Created: 11/29/2022
Case: 22−50426−JTD     Form ID: van433b     Total: 5

**Recipients of Notice of Electronic Filing:**
aty     James E O'Neill     joneill@pszjlaw.com
aty     Jason S. Pomerantz     jspomerantz@pszjlaw.com
aty     Laura Davis Jones     ljones@pszjlaw.com

                                                                                         TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust     U.S. Trustee     Office of the United States Trustee     J. Caleb Boggs Federal Building     844 King Street, Suite 2207     Lockbox 35     Wilmington, DE 19801
ust     U.S. Trustee     Office of United States Trustee     J. Caleb Boggs Federal Building     844 King Street, Suite 2207     Lockbox 35     Wilmington, DE 19899−0035

                                                                                          TOTAL: 2