**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, et al.,<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 20-12522 (JTD)<br>(Jointly Administered) |
| Heather L. Barlow as Trustee of the MALLINCKRODT GENERAL UNSECURED CLAIMS TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>First Object, Inc.<br><br>Defendant. | Adv. Pro. No. 22-50426 (JTD) |

**MOTION OF FIRST OBJECT, INC. TO RE-OPEN ADVERSARY PROCEEDING, VACATE DEFAULT JUDGMENT AND SET ASIDE ENTRY OF DEFAULT**

1. First Object, Inc. ("First Object") hereby moves, pursuant to Rules 55(c) and 60(b)(4) of the Federal Rules of Civil Procedure, made applicable to this proceeding through Federal Rules of Bankruptcy Procedure 7055 and 9024, to Re-Open this Adversary Proceeding, Vacate Default Judgment and Set Aside Entry of Default (the "Motion"). In support of this Motion, First Object incorporates its Opening Brief in Support of *Motion to Re-Open Adversary Proceeding, Vacate Default Judgment and Set Aside Entry of Default* filed contemporaneously herewith.

[*Continued on Next Page*]

**WHEREFORE**, First Object respectfully requests this Court re-open the above-captioned Adversary Proceeding, Vacate the Default Judgment [Adv. D.I. No. 8] and set aside the Entry of Default [Adv. D.I. No. 7].

Dated: February 23, 2023

*/s/ Michael J. Joyce*
Michael J. Joyce (No. 4563)
**JOYCE, LLC**
1225 King Street, Suite 800
Wilmington, DE 19801
(302)-388-1944
mjoyce@mjlawoffices.com

*Counsel to First Object, Inc.*