# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, *et al.*,[1]<br><br>          Reorganized Debtors. | Chapter 11<br><br>Case No. 20-12522 (JTD)<br>(Jointly Administered) |
| Heather L. Barlow as Trustee of the MALLINCKRODT GENERAL UNSECURED CLAIMS TRUST,<br><br>          Plaintiff,<br><br>          v.<br><br>FIRST OBJECT INC.,<br><br>          Defendant. | Adv. Proc. No. 22-50426 (JTD)<br><br><br>**Re: Docket Nos. 12 & 13** |

### ORDER APPROVING STIPULATION EXTENDING TIME FOR PLAINTIFF TO RESPOND TO MOTION OF FIRST OBJECT, INC. TO RE-OPEN ADVERSARY PROCEEDING, VACATE DEFAULT JUDGMENT AND SET ASIDE ENTRY OF DEFAULT

Upon consideration of the *Stipulation Extending Time for Plaintiff to Respond to Motion of First Object, Inc. to Re-Open Adversary Proceeding, Vacate Default Judgment and Set Aside Entry of Default*, a copy of which is attached hereto as **Exhibit A**, (the "Stipulation") and after due deliberation and sufficient cause appearing therefore, it is hereby

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

ORDERED that the Stipulation and the terms set forth therein are APPROVED and shall have the full force and effect of an order entered by the Court with respect thereto; and it is further

ORDERED that entry of this Order and approval of the Stipulation is without prejudice to request further extensions; and it is

ORDERED that this Court retains jurisdiction to interpret, implement and enforce the provisions of this Order and the Stipulation.

Dated: March 1st, 2023
Wilmington, Delaware

JOHN T. DORSEY
UNITED STATES BANKRUPTCY JUDGE

DOCS_DE:242483.1 54469/001