# **EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, *et al.*,[1]<br><br>          Reorganized Debtors. | Chapter 11<br><br>Case No. 20-12522 (JTD)<br>(Jointly Administered) |
| Heather L. Barlow as Trustee of the<br>MALLINCKRODT GENERAL<br>UNSECURED CLAIMS TRUST,<br><br>          Plaintiff,<br><br>          v.<br><br>FIRST OBJECT INC.,<br><br>          Defendant. | Adv. Proc. No. 22-50426 (JTD)<br><br><br><br>**Re: Docket Nos. 12 & 13** |

## STIPULATION EXTENDING TIME FOR PLAINTIFF TO RESPOND TO MOTION OF FIRST OBJECT, INC. TO RE-OPEN ADVERSARY PROCEEDING, VACATE DEFAULT JUDGMENT AND SET ASIDE ENTRY OF DEFAULT

This Stipulation is entered into between The Mallinckrodt General Unsecured Claims Trust, through its trustee Heather L. Barlow ("Plaintiff" or the "Mallinckrodt GUC Trust"), the successor in interest to Mallinckrodt PLC (the "Debtor" or "Mallinckrodt") and First Object Inc. (the "Defendant," together with the Plaintiff, the "Parties").

WHEREAS on February 23, 2023, Defendant filed its *Motion of First Object, Inc. to Re-Open Adversary Proceeding, Vacate Default Judgment and Set Aside Entry of Default* (the "Motion") [Docket No. 12] and *Opening Brief in Support of Motion of First Object, Inc. to Re-*

---

[1] A complete list of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

*Open Adversary Proceeding, Vacate Default Judgment and Set Aside Entry of Default* (the "Brief") [Docket No. 13]. Pursuant to Local Rule 7007-1(a)(ii), the deadline to respond to the Motion and Brief is March 9, 2023.

WHEREAS the Parties have agreed to extend the time for Plaintiff to respond to the Motion and Brief for a period of sixty (60) days to allow the Parties time to resolve this matter.

AND NOW, the Parties stipulate and agree as follows:

1. The deadline to respond to the Motion and Brief is extended from March 9, 2023 through and including May 8, 2023, without prejudice to request further extensions.

2. The Defendant's right to prosecute the Motion and seek the relief set forth therein and the Plaintiff's to oppose the Motion and such relief are specifically preserved.

Dated: February 28, 2023

| PACHULSKI STANG ZIEHL & JONES LLP | JOYCE, LLC |
|---|---|
| */s/ James E. O'Neill* | */s/ Michael J. Joyce* |
| Laura Davis Jones (DE Bar No. 2436) | Michael J. Joyce (DE Bar No. 4563) |
| James E. O'Neill (DE Bar No. 4042) | 1225 King Street, Suite 800 |
| Jason S. Pomerantz (CA Bar No. 157216) | Wilmington, DE 19801 |
| 919 North Market Street, 17th Floor | Telephone: (302) 388-1944 |
| P.O. Box 8705 | Email: mjoyce@mjlawoffices.com |
| Wilmington, DE 19899-8705 (Courier 19801) | |
| Telephone: (302) 652-4100 | *Counsel Defendant, First Object, Inc.* |
| Facsimile: (302) 652-4400 | |
| Email: ljones@pszjlaw.com | |
|         joneill@pszjlaw.com | |
|         jspomerantz@pszjlaw.com | |
| | |
| *Counsel to Plaintiff, Heather L. Barlow as Trustee of the Mallinckrodt General Unsecured Claims Trust* | |

2